# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

May 3, 2022

**Before**

DANIEL A. MANION, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

No. 21-1804

| | |
|---|---|
| OLAWOLE OLUWAJANA, | Petition for Review of an Order of the |
| *Petitioner*, | Board of Immigration Appeals. |
| | |
| *v.* | No. A061-591-186 |
| | |
| MERRICK B. GARLAND, | |
| Attorney General of the United States, | |
| *Respondent*. | |

**O R D E R**

Respondent filed an unopposed construed petition for panel rehearing on April 11, 2022. All members of the original panel have voted to deny rehearing and to issue an amended opinion. The court's opinion dated March 9, 2022, is amended by the attached opinion, which includes changes to pages 5 through 7.

Accordingly, IT IS ORDERED that the petition for panel rehearing is DENIED.